UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURUDI JARARD FAISON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BUREAU OF PRISONS, LINDA SANDERS,<br>　　　　　　Respondent. | No. CV 12-6185 DOC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 2, 2013

　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　United States District Judge